**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CEDRIC WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:25-cv-01769-RHH |
| ) | |
| SGT. UNKNOWN MEYERS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff's civil rights complaint.  Plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs.  *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 9th day of December, 2025.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE